OPINION — AG — ** MINIMUM WAGES — PUBLIC TRUSTS — PUBLIC WORKS ACT ** QUESTION: ARE THE PROVISIONS OF THE MINIMUM WAGES ON PUBLIC WORKS ACT, 40 O.S. 196.1 [40-196.1] — 40 O.S. 196.12 [40-196.12] APPLICABLE TO CONSTRUCTION OF THE NEW VALLEY HOSPITAL WHERE THE NEW HOSPITAL WILL BE OWNED AND OPERATED BY A PRIVATE NON PROFIT CORPORATION BUT THE CONSTRUCTION IS FINANCED BY A LOAN FROM REVENUE BONDS ISSUED BY THE VALLEY HOSPITAL AUTHORITY, A PUBLIC TRUST ESTABLISHED PURSUANT TO 60 O.S. 174 [60-174] ET SEQ ? — THE PROVISIONS OF THE MINIMUM WAGES ON PUBLIC WORKS ACT, 40 O.S. 196.1 [40-196.1] — 40 O.S. 196.12 [40-196.12] [40-196.12] `ARE' APPLICABLE TO THE CONSTRUCTION OF THE NEW VALLEY VIEW HOSPITAL UNDER THE FACTS PRESENTED. (NON PROFIT CORPORATION, BOND OBLIGATIONS, LOAN AGREEMENT, PREVAILING WAGE, HOURLY RATE, PUBLIC BODY, PUBLIC USE) CITE: 40 O.S. 196.2 [40-196.2](6), 40 O.S. 196.2 [40-196.2] [40-196.2], 40 O.S. 196.2 [40-196.2](7) 40 O.S. 196.3 [40-196.3], 60 O.S. 180.3 [60-180.3] [60-180.3], 60 O.S. 177 [60-177], 61 O.S. 101 [61-101] [61-101] — 61 O.S. 136 [61-136], 61 O.S. 102 [61-102], 61 O.S. 103 [61-103] , OPINION NO. 69-211, OPINION NO. 70-210, OPINION NO. 81-007, ARTICLE X, SECTION 13, ARTICLE X, SECTION 14, ARTICLE X, SECTION 17 (WILLIAM J. BULLARD) SEE: OPINION NO. 87-097 (1987) SEE: OPINION NO. 92-525 (1992)